UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     **UNSEALING ORDER**

   - v. -                         :     21 Mag. 10938

LEVON MATINYAN,                   :

                   Defendant.      :

- - - - - - - - - - - - - - - - - - x

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Cecilia E. Vogel, of counsel;

     It is found that Complaint 21 Mag. 10938 (the "Complaint") and the arrest warrant issued for the above-captioned defendant are currently sealed, and the United States Attorney's Office has applied to have the Complaint and arrest warrant unsealed; it is therefore

     ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
       November 17, 2021

                                    _____
                                    THE HONORABLE ONA T. WANG
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK